WILLIAM SAUNDERS, Respondent, v. ARKIN-ZWEIG, INC., et al., Appellants.—
Order entered December 23, 1947, unanimously affirmed, with $10 costs and
disbursements to the respondent. The date for the examination to proceed
to be fixed in the order. No opinion. Settle order on notice. Present — Peck,
P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

CONDUR AFFILIATES, INC., Respondent, v. RONNIE, INC., Appellant.— Order
unanimously affirmed, with $20 costs and disbursements. No opinion. Settle
order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and
Shientag, JJ.

In the Matter of the Accounting of BANK OF NEW YORK et al., as Executors
of ST. JOHN SMITH, Deceased, Respondents. PATRICIA A. MATHEWS, Appellant;
ST. JOHN SMITH, JR., et al., Respondents.— Decree, so far as appealed from,
unanimously affirmed, with costs to the respondents payable out of the estate.
No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shien-
tag, JJ.

MANOCRAFT CLOTHES, INC., Appellant, v. SIMON GITTELMACHER, Respondent.
— Judgment unanimously affirmed, with costs. No opinion. Present — Peck,
P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 958.]

In the Matter of CHELSEA MOORE CORPORATION, Respondent. BIG RAPIDS
FURNITURE WAREHOUSE CO., INC., Appellant.— Orders unanimously affirmed,
with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore,
Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUDSON GARDENS REALTY
CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the
Tax Commission of the City of New York, Respondents. [2728 Spuyten Duyvil
Parkway (Henry Hudson Parkway), Borough of The Bronx.] — Order, so far
as appealed from, unanimously affirmed, with $20 costs and disbursements.
No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and
Shientag, JJ.

SAMUEL V. DIAPER, Respondent, v. JOSEPH PATERNO, JR., Appellant.— Order
unanimously modified by reinstating the second defense as a complete defense
and by reinstating the third defense as a partial defense, and as so modified
affirmed, with $20 costs and disbursements to the appellant. No opinion.
Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis
and Shientag, JJ.

CENTER CAPITAL CORP., Respondent, v. DAHLIA OPERATING CORP. et al.,
Appellants, et al., Defendants.— Judgment and order unanimously affirmed,
with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis
and Shientag, JJ.

CENTER CAPITAL CORP., Respondent, v. DAHLIA OPERATING CORP. et al.,
Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs
and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van
Voorhis and Shientag, JJ.

ANNA MOTTOLA, Suing for Herself as Stockholder and All Other Stockholders
of Vogeley & Lackman Co., Inc., Respondent, v. FRED ROLANDELLI et al.,
Appellants.— Order, so far as appealed from, unanimously affirmed, with $20
costs and disbursements, with leave to the defendants to answer within ten
days after service of the order, with notice of entry thereof, on payment of
said costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis
and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW MILES REALTY
CO., INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax